**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TERESA POLITE**                                                                 **PLAINTIFF**

**VS.**                          **5:08CV00065-WRW**

**ARKANSAS DEPARTMENT
OF CORRECTION**                                           **DEFENDANT**

**ORDER**

It appears that Plaintiff has, in fact, submitted the *in forma pauperis* affidavit. Accordingly, the March 11, 2008 Order is VACATED to the extent that it denied Plaintiff's Motion to Proceed *In Forma Pauperis* -- however, Plaintiff still must comply with the previous Order as it relates to appointment of counsel. Because Plaintiff's economic situation qualifies her for *in forma pauperis* status, Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is GRANTED.

Since, Plaintiff has been granted leave of court to proceed *in forma pauperis*, based on Rule 4(c)(2) of the Federal Rules of Civil Procedure, the U.S. Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant(s) in this action without costs.

The Marshal will serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 20th day of March, 2008.

                                               /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE