**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TERESA POLITE**                                               **PLAINTIFF**

**v.**                      **CASE NO. 5:08CV00065 BSM**

**ARKANSAS DEPARTMENT
OF CORRECTION**                                                   **DEFENDANT**

**ORDER**

For good cause shown, defendant's unopposed motion to dismiss [Doc. # 71] is granted. This action is hereby dismissed in its entirety without prejudice.

IT IS SO ORDERED this 28th day of January, 2009.

                                                       _/s/ Brian S. Miller_
                                           UNITED STATES DISTRICT JUDGE